1

Griffin & Sullivan

Kevin M. Sullivan, Esq.

369 Pine Street, Suite 400

San Francisco, California 94104

415-397-2600; 415-397-2690 (facsimile); k.sullivan.esq@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| Faruk Cenap Yetek DDS | Case No.  3:09-cv-03702-MMC |
| PLAINTIFF, | |
| | {PROPOSED} ORDER GRANTING ADMINISTRATIVE RELIEF TO SEAL DECLARATION OF KEVIN M. SULLIVAN RE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| The Dental Board of California of The State of California, Edmund G. Brown Jr. Attorney General of California, William "Bill" Lockyer, Attorney General of California, California Department of Justice, California Dental Board, Susan Jane Quon DDS, Norton Rosenberg DDS, The County of Stanislaus California, And Does 1 Through 100, Defendants | Date:   December 4, 2009 |
| | Time:   10:30 a.m. |
| | Courtroom: 7, 19th Floor, San Francisco, |
| | 450 Golden Gate Avenue |
| | San Francisco, California |

{Proposed} Order Granting Administrative Relief to Seal Declaration of Kevin M. Sullivan re Initial Case Management Conference

1

~~{PROPOSED}~~ ORDER GRANTING ADMINISTRATIVE RELIEF TO SEAL DECLARATION OF KEVIN M. SULLIVAN RE INITIAL CASE MANAGEMENT CONFERENCE

The matter of the Ex Parte Motion for Administrative Relief to Seal Declaration Re: Initial Case Management Statement of Plaintiff came before the Honorable Maxine M. Chesney, Judge Presiding.

After a review of all of the pleadings and the prayer to seal the Declaration of Kevin M. Sullivan with respect to the Initial Case Management Conference, the Court does hereby GRANT the Ex Parte Motion to Seal the Declaration of Kevin M. Sullivan Under Seal Initial Case Management Statement of Plaintiff. Further, the Clerk is directed to remove from the public docket Attachment 2 to Document # 10.

Dated: December  3 , 2009

*(signature)*

Maxine M. Chesney, Judge

United States District Judge

{Proposed} Order Granting Administrative Relief to Seal Declaration of Kevin M. Sullivan re Initial Case Management Conference

2