Griffin & Sullivan SBN 1245233
Kevin M. Sullivan, Esq.
369 Pine Street, Suite 400
San Francisco, California 94104
415-397-2600; 415-397-2690 (facsimile); k.sullivan.esq@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| Faruk Cenap Yetek DDS | Case No. 3:09- CV-03702 CRB |
| Plaintiff, | |
| vs. | Stipulation and Order Re: Dismissal |
| The Dental Board of California of The State of California, Edmund G. Brown Jr. Attorney General of California, William "Bill" Lockyer, Attorney General of California, California Department of Justice, California Dental Board, Susan Jane Quon DDS, Norton Rosenberg DDS, The County of Stanislaus California, And Does 1 Through 100, | |
| Defendants | |

The Parties, Faruk Cenap Yetek DDS, and the Dental Board of California of the State of California, Edmund G. Brown Jr., Attorney General of California, William "Bill" Lockyer, Attorney General of California, California Department of Justice, California Dental Board, Susan Jane Quon DDS, Norton Rosenberg DDS, and the County of Stanislaus, California, by and through their counsel, stipulate to the dismissal with prejudice pursuant to Rule 41, subpart (a), Federal Rules of Civil Procedure, each party to bear his or its own fees, attorney's fees, and costs. The parties therefore respectfully request that the Court dismiss this action with prejudice.

IT IS SO STIPULATED.

DATED: July 23, 2010

By: /s/
Tom Blake
Deputy Attorney General
Attorney for State Defendants

DATED: July 27, 2010

Curtis Legal Group

By: /s/
D. Lee Hedgepeth (SBN 88711)
Attorneys for the County of Stanislaus

DATED: July 27, 2010

Griffin & Sullivan

By: /s/
Kevin M. Sullivan
Attorneys for Plaintiff
Faruk Cenap Yetek DDS

**ORDER**

IT IS SO ORDERED.

DATED: __July 27__, 2010

_____
Hon. Charles R. Breyer,
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2

Stipulation and Order Re: Dismissal